[No. 32561-2-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE
ANTHONY SPINKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00742-2, Ricardo S. Martinez, J., entered
March 15, 1993. *Granted* by unpublished per curiam opinion.

[No. 32606-6-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-06696-0, Frank L. Sullivan, J., entered
March 24, 1993. *Dismissed* by unpublished per curiam opin-
ion.

[No. 30384-8-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO
EMILO ZACARIAZ-PAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07357-7, Robert S. Lasnik, J., entered
March 30, 1992. *Dismissed* by unpublished per curiam opin-
ion.

[No. 29932-8-I.    Division One.    July 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY M.
HEUVING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03933-6, Robert E. Dixon, J., entered Janu-
ary 13, 1992. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Pekelis, A.C.J., and Baker, J.